UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-7934-MWF(PVCx)**                                               Date:  March 17, 2023

Title      **Nico Trinkhaus v. 80 LV LLC**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on November 1, 2022.  (Docket No. 1).  Pursuant to the parties' Stipulation and the Court's Order granting the parties' request, Defendant's response to the Complaint was due February 17, 2023.  (Docket Nos. 12 and 13).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 31, 2023**.

■ BY DEFENDANT:  Response to the Complaint

    OR

■ BY PLAINTIFF:  Application for the Clerk to Enter Default.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **March 31, 2023** will result in the dismissal of this action.

IT IS SO ORDERED.